

Thomas Touchie  
T: +1 212 479 6763  
ttouchie@cooley.com

Via ECF

September 14, 2022

Hon. Robert M. Levy  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201

**Re:** *Hanyzkiewicz v. Sproose Holdings, Inc.*, **1:22-cv-03293-LDH-RML**

Dear Judge Levy:

We are counsel to Defendant Sproose Holdings, Inc. in the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached a confidential settlement in principle, subject to and conditioned on the parties negotiating and executing a fully integrated confidential settlement agreement and release.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty-five (35) days from today's date if the parties have not submitted their final Notice of Dismissal by such time. In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadlines.

Sincerely,

*/s/ Thomas Touchie*  
Thomas Touchie

SO ORDERED:

_____

Hon. Robert M. Levy  
United States Magistrate Judge

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157  
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com